IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02244-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

RICHARD WILMER, and
ROCK WEISS,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Rock Weiss' Motion for Leave to File Response in Opposition to the Government's Motions for Costs (docket no. 106) is GRANTED finding good cause shown.  Defendant Rock Weiss' Response in Opposition to the Government's Motion for Costs (docket no. 106-1) is accepted for filing, and this court will consider this Response (docket no. 106-1) when it rules on Plaintiff USA's Motion for Conditional Order on Costs (docket no. 89).

Date:  June 25, 2013