IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02244-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

RICHARD WILMER, and
ROCK WEISS,

Defendant(s).

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

    Based upon this court's Minute Order (docket no. 115) and for those reasons stated in Defendant Rock Weiss' Response (docket no. 106-1), which was accepted for filing and is now filed as Response (docket no. 123), it is hereby **ORDERED** that Plaintiff USA's Motion for Conditional Order on Costs (docket no. 89) is **DENIED**.

    It is **FURTHER ORDERED** that Plaintiff USA's Motion for Clarification and Order on Costs Witnesses (docket no. 90) is **GRANTED** as follows. Plaintiff USA shall present cost witnesses at trial, noting that the STIPULATIONS outlined in the Final Pretrial Order have been STRICKEN by this court. See docket no. 115.

Date: June 26, 2013