IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02244-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

RICHARD WILMER, and
ROCK WEISS,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Rock Weiss' Motion for Leave to Designate an Expert Witness (docket no. 110) is DENIED WITHOUT PREJUDICE. The parties have informed this court that they have a settlement in principle subject to approval of this court.

Date: June 27, 2013