IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02244-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

RICHARD WILMER, and
ROCK WEISS,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion Requesting Stay of Proceedings (Docket No. 126) is granted, and all proceedings and deadlines in this case are stayed until August 2, 2013.  The parties have advised the court that they have agreed, in principle, to settlement terms that would obviate the need to conduct any additional pre-trial proceedings and that they will make good faith efforts to lodge a fully-executed Consent Decree with the court on or before August 2, 2013.

It is further ORDERED that if the parties have not filed a fully-executed Consent Decree with the court on or before August 2, 2013, they shall file a joint Status Report with the court on or before August 5, 2013.

Date:  June 28, 2013