IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02244-RM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

RICHARD WILMER, and
ROCK WEISS,

Defendant(s).

---
## MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Second Joint Motion Requesting Stay of Proceedings (Docket No. 130) is granted, and all proceedings and deadlines in this case are stayed until September 20, 2013.  The parties have advised the court that they have agreed to settlement terms and lodged a fully-executed Consent Decree with the court on August 1, 2013, obviating the need to conduct any additional pretrial proceedings.  (See Docket No. 129).

Date: August 16, 2013